1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PYRAMID LAKE PAIUTE TRIBE,<br><br>        Plaintiff,<br><br>   v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior, and the UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>        Defendants. | Case No. 3:23-cv-00348-ART-CSD<br><br>**ORER GRANTING**<br><br>**JOINT STIPULATED MOTION TO STAY CASE AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES AND [PROPOSED] ORDER** |

Defendants Debra Haaland, in her official capacity as Secretary of the United States Department of the Interior and the United States Department of the Interior (collectively "Defendants") and Plaintiff Pyramid Lake Paiute Tribe ("Plaintiff" or "Tribe") hereby stipulate

and jointly move the Court to stay this case and all case deadlines for a period of six months.  As grounds for this motion, the parties state as follows:

1.      Plaintiff asserts Administrative Procedure Act, breach of trust, and mandamus claims against Defendants for their alleged failure to manage certain water no longer used for irrigation of lands at the Naval Air Station in Fallon, Nevada ("Navy Water") primarily for the purposes of conservation and recovery of endangered cui-ui and threatened Lahontan cutthroat trout in Pyramid Lake within the Tribe's reservation, as purportedly required by the 1990 Truckee-Carson-Pyramid Lake Water Settlement Act, Title II of Pub. Law 101-618 (1990).

2.      Defendants' answer deadline is currently September 15, 2023.

3.      Defendants and Plaintiff stipulate to a six-month stay of the litigation to facilitate government-to-government consultation between Defendants and the Tribe concerning the Navy Water and related matters at issue, with the hope of exploring a path to resolving the litigation through this consultation and other discussions.

4.      Given the complexity of the issues and extensive background underlying this case, Defendants will need time to prepare for and engage in that consultation to make the discussions most effective.

5.      "The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Flores v. Merck & Co.*, No. 321CV00166ARTCLB, 2022 WL 4281427, at *1 (D. Nev. June 13, 2022) (quoting *Clinton v. Jones*, 520 U.S. 681, 706–07 (1997)).

6.      It would be in the interests of judicial economy to grant the requested stay to allow the parties to attempt to resolve this litigation without judicial involvement.

7.       If the requested stay is granted, the parties will file a joint status report six months from the date of the order granting the stay advising the Court of the status of their negotiations and future proceedings, including the deadline for answering the complaint.

WHEREFORE, the parties jointly stipulate and move the Court to order the stay of this case for a period of six months, at the conclusion of which the parties shall file a joint status report advising the Court of the status of their negotiations and future proceedings.

Dated: September 12, 2023.

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ Thomas K. Snodgrass
THOMAS K. SNODGRASS, Senior Attorney
DEVON LEHMAN MCCUNE, Senior
Attorney
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-7233 (Snodgrass);
303-844-1487 (McCune)
Email:thomas.snodgrass@usdoj.gov;
devon.mccune@usdoj.gov

AMANDA K. RUDAT
Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Tel: 202-532-3201
Fax: 202-305-0275
amanda.rudat@usdoj.gov

Attorneys for Defendants

KEMP JONES, LLP

/s/ Christopher W. Mixson (with permission)
Don Springmeyer, Esq. (Nev. Bar#1021)
Christopher W. Mixson, Esq. (Nev. Bar.
#10685)
Chad R. Aronson, Esq. (Nev. Bar #14471)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

Attorneys for Plaintiff Pyramid Lake Paiute
Tribe

IT IS SO ORDERED:

_____
Anne R. Traum
United States District Court Judge

DATED: September 13, 2023.