# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PYRAMID LAKE PAIUTE TRIBE, | Case No. 3:23-cv-00348-ART-CSD |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STATUS REPORT AND JOINT STIPULATED MOTION TO CONTINUE STAY OF CASE, SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES, AND [PROPOSED] ORDER** |
| DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior, and the UNITED STATES DEPARTMENT OF THE INTERIOR, | |
| Defendants. | **[Eighth Request]** |

Pursuant to the Court's October 2, 2025 order staying this case for an additional three months after the restoration of appropriations to the Department of the Justice ("Department")

Page -1-

(ECF No. 27), and the November 13, 2025 notice of restoration of appropriations for the Department filed herein (ECF No. 28), this case is currently stayed until February 12, 2026. Now, Plaintiff Pyramid Lake Paiute Tribe and Defendants Doug Burgum, in his official capacity as Secretary of the United States Department of the Interior, and the United States Department of the Interior (collectively "Defendants") hereby move the Court to continue the stay of this case and all case deadlines for an additional three months, to and including May 13, 2026. As grounds for this motion, Defendants state as follows:

1.     Plaintiff Pyramid Lake Paiute Tribe ("Plaintiff" or "Tribe") asserts Administrative Procedure Act, breach of trust, and mandamus claims against Defendants for their alleged failure to manage certain water rights no longer used for irrigation of lands at the Naval Air Station in Fallon, Nevada ("Navy Water") primarily for the purposes of conservation and recovery of endangered cui-ui and threatened Lahontan cutthroat trout in Pyramid Lake within the Tribe's reservation, as purportedly required by the 1990 Truckee-Carson-Pyramid Lake Water Settlement Act, Title II of Pub. Law 101-618 (1990).

2.     Defendants and Plaintiff previously filed three joint stipulated motions for six-month stays of the litigation, two joint stipulated motion for a two-month stay of the litigation, and two stipulated joint motions for a three-month stipulated stay of the litigation to facilitate government-to-government consultation between Defendants and the Tribe concerning the Navy Water and related matters at issue for the purpose of attempting to resolve the litigation through this consultation and other discussions. ECF Nos. 13, 15, 17, 19, 21, 23, 26. The Court granted the first motion by order dated September 13, 2023, ECF No. 14, which stayed this case until March 13, 2024; the Court granted the second motion by order dated March 7, 2024, ECF No. 16, which stayed this case until September 9, 2024; the Court granted the third motion by order dated September 9, 2024, ECF No. 18, which stayed this case until March 9, 2025; the Court granted the fourth motion by order dated March 11, 2025, ECF No. 20, which stayed this case until May 12, 2025; the Court granted the fifth motion by order dated May 14, 2025, ECF No. 22, which stayed this case until July 11, 2025; the Court granted the sixth motion by order dated July 9, 2025, ECF No. 24, which stayed this case until approximately October 10, 2025;

and the Court granted the seventh motion by order dated October 3, 2025, ECF No. 27, which stayed this case until three months after the Department filed a notice of resumption of appropriations, which was filed on November 13, 2025, ECF No. 28, and stayed this case until February 12, 2026.

3.     Since the granting of the initial stay and through the period of the seventh stay (except during the period of the lapse of appropriations for the Department in late 2025), representatives for the parties, both principals/managers and separately through technical/hydrologic representatives, met many times to engage in government-to-government consultation and associated negotiations on the issues raised by this case and discuss a framework for potentially resolving this case, including meetings on March 14, 2024, April 2, 2024, April 26, 2024, and July 23, 2024, September 18, 2024, October 9, 2024, November 11, 2024, March 4, 2025, May 9, 2025, June 24, 2025, and July 28, 2025, in addition to multiple ongoing settlement discussions via email.  Those email discussions have included exchanging and revising drafts of a recommended settlement agreement.  Counsel for the parties have reached a tentative resolution of this litigation and are working to finalize all necessary documentation and to submit such documentation to their respective governing bodies and supervisory officials for final approval.  However, the parties are still working to finalize mapping, parcel identification, and related issues associated with the proposed settlement.  If and when final approval of the resolution by the necessary governing boards and supervisory officials is secured, undersigned counsel intend to file a voluntary dismissal of this action.

4.     Undersigned counsel for the parties therefore request a stay of this case for an additional three months, to and including May 13, 2026, to provide sufficient time to finalize the settlement documents, including the referenced mapping and parcel identification, and to seek the requisite approvals of the settlements by the Defendants and the Tribe.

WHEREFORE, the Defendants move the Court to continue the stay of this case until May 13, 2026, at which conclusion of which the parties shall file either the necessary documents to voluntarily dismiss the case or a joint status report advising the Court of the status of their individual processes for approval of the settlement agreement.

Dated:  February 11, 2026.

KEMP JONES, LLP

/s/ *Chris Mixson*
Don Springmeyer, Esq. (Nev. Bar #1021)
Christopher W. Mixson, Esq. (Nev. Bar. #10685)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
d.springmeyer@kempjones.com
c.mixson@kempjones.com

*Attorneys for Plaintiff Pyramid Lake Paiute Tribe*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

/s/ *Thomas K. Snodgrass*
THOMAS K. SNODGRASS, Senior Attorney
Natural Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Telephone: 202-305-5775
thomas.snodgrass@usdoj.gov

*Attorneys for Defendants*

**IT IS SO ORDERED**:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: February 12, 2026

Page -4-